# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES D. COCHRAN                                                                                       PLAINTIFF
ADC #122317

v.                                          NO. 5:10CV00377 JLH/HDY

PATRICK STEPHENSON, *et al.*                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT

1. Plaintiff's motion to withdraw his amended complaint (docket entry #11) is GRANTED.

2. Plaintiff's claims against Defendant David White are DISMISSED WITHOUT PREJUDICE, and White's name is removed as a party Defendant.

DATED this 9th day of March, 2011.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE